ORIGINAL

1  Jennifer-Ann McTigue
2  1050 Bishop Street, Suite 188
   Honolulu, Hawaii 96813
3  Telephone:  808-636-4199
   Facsimile:  866-703-2417
4  Email:  jenn.mctigue@gmail.com

5  In Propia Persona

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2014

at ___ o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

6

7              UNITED STATES DISTRICT COURT

8              FOR THE DISTRICT OF HAWAII

9

10 JENNIFER ANN MCTIGUE,                    **IN ADMIRALTY**

11          Petitioner/Libellee,      Case No: **CV14 00152 DKWKSC**

12 v.                                        **IN REM**

13 UNITED STATES OF AMERICA; NICK            LIBEL OF REVIEW
   BARON; JOSEPH T. FANGON; FLORENCE T.
14 NAKAKUNI(HI BAR#2286); LESLIE E.
   OSBORNE, JR.(HI BAR#3740); RUSTAM      INVOLUNTARY SERVITUDE
15 AARON BARBEE(HI BAR#5655); PETER C.        AND PEONAGE
   WOLFF, JR.(HI BAR#2332); KENNETH M.
16 SORENSON(VA BAR# TBD); CHARLES A.      ALL PROPERTY AND RIGHTS
   PRICE(HI BAR# 5098); LETA H.                   TO
17 PRICE(HI BAR# 5051); DAVID B.              PROPERTY
   ROSEN(HI BAR# 7152);
18 SUSAN L. FENTON, F.K.A. SUSAN L.
   PETIT(CA BAR# 222600);
19 WAYNE P. NASSER(HI BAR# 1097);
   JADE L. CHING(HI BAR# 5808);            Judge:
20 CAROL A. EBLEN(HI BAR# 4508);
   JOHNATHAN CHRISTIAN BOLTON(HI BAR#
21 9650); BERNARD R. SUTER(HI BAR#
   3801); WELLS FARGO BANK, N.A.,
22 TIMOTHY J. SLOAN, CFO; BANK OF
   AMERICA, N.A., BRUCE R. THOMPSON,
23 CFO;  US BANK, N.A., ANDREW CECERE,
   CFO BANK OF NEW YORK MELLON, ERIC D.
24 KAMBACK, CFO, AGENTS FOR THE
   INTERNATIONAL MONETARY FUND;
25 GOVERNOR OF THE INTERNATIONAL
   MONETARY FUND, aka SECRETARY OF THE
26 TREASURY, JACOB J. LEW.

27          Respondents/Libellants,

28

COMES NOW, Jennifer Ann McTigue, in Propria Persona, hereinafter Petitioner/Libellee, appearing specially, pursuant to supplemental rules; Federal Rules of Civil Procedure ("SFRCP") Rule(E)8 "Restricted Appearance," in the original in the alternative, as a matter of right and privilege, entering her complaint of Libel in the above styled case as a matter of right and privilege, brings this action pursuant to SFRCP Rule (B)3(a) TO ALLEGED RIGHTS UNDER MARITIME LIENS, SFRCP Rule (C)1(b), SFRCP Rule E(2)(a), and Supplemental Rules of Admiralty, Rule G.

## VERIFIED COMPLAINT OF LIBEL

In the interest of the law, justice mandates a hearing of Libel of Review pursuant to the Law of Nations and that said Petitioner/Libellee for her protection, protection of her person, property, character, estate and trust, hereby enters the complaint of Involuntary Servitude and Peonage due to wanton and malicious acts and threats, duress, coercion, and fraud by Respondents / Libellants as Respondents / Libellants, in violation of the Laws of the Forum, United States of America and the Law of Nations pursuant to 18 USC §§ 2, 3, 4, 219 , 241, 242, 371, 654, 661, 709, 951, 1001, 1028, 1341, 1346, 1581, 1621, 1622, 1961, 2111, 2382, 2384; 42 USC § 1983, 4th, 5th, 7th, 9th, 10th & , 13th Amendments to the Constitution for the united States of America.

## JURISDICTION

The District Court of the United States is the proper venue and has jurisdiction to hear this Libel of Review.

This is an admiralty/maritime cause of action within the meaning of the Federal Rules of Civil Procedure 9(h) and Supplemental Rules of Admiralty, Rule G. Pursuant to 28 USC §§2461 and 2463 "all property taken or detained under any

2

revenue law of the United States . . . shall be deemed in the custody of the law and subject only to the orders and decrees of the **courts of the United States having jurisdiction**. **Emphasis added.**

"In this country, revenue cases had so long been the subject of admiralty cognizance, that congress considered them as **CIVIL CAUSES OF ADMIRALITY AND MARITIME JURISDICTION**, and to preclude any doubt that might arise, carefully added the clause; 'including,' etc. This is clear proof that congress considered these words to be used since they bore in this country and not in that which they had in England. The Act gives exclusive admiralty and maritime jurisdiction to the **district court**. As a court of the law of nations, . . ."

As further evidence that the action before the court is in fact an Admiralty action we find in UNITED STATES OF AMERICA v. $3,976.62 IN CURRENCY, ONE 1960 Ford Station Wagon Serial No. OC66W145329,

"Although, presumably for the purpose of obtaining jurisdiction, action for forfeiture under Revenue Laws is commenced as **Proceeding in Admiralty**."

Additionally, the United States Department of the Treasury obtains its United States Federal Budget appropriation authority under Sub-charter 403, which appears in the Federal Budget Legend as Water Transportation.

After jurisdiction is obtained, proceeding takes on the character of a civil action at law, and at least at such stage of proceedings, Rules of Civil Procedures control.

The Petitioner/Libellee refers the court to Benedict [6th Edition] § 17, p. 28: which reads in pertinent part: "As no court **other than a court of admiralty** can enforce maritime liens, no other court can displace, discharge or subordinate them. Neither the state courts nor the United States courts on their common

3

law, equity and bankruptcy sides can divest, transfer proceeds or adjudicate the maritime liens unless the maritime lienor voluntarily submit themselves to the jurisdiction. **Emphasis added.**

Pursuant to 28 USC § 2463 "All property taken or detained **under any revenue law** of the United States . . . shall be deemed in the custody of the law and subject only to the orders and decrees of the **courts of the United States having jurisdiction thereof."** Emphasis added.

"A cardinal principle, in which the practice of admiralty courts differs from that of courts of common law, permits the parties to a suit to prosecute and defend upon their rights as such rights exist at the institution of the action; the assignment of a right of action being deemed to vest in the assignee all the privileges and remedies possessed by the assignor. According to the rule of the common law, **the injured party alone is permitted to sue for a trespass, the damages being deemed are not legally assignable;** and if there be an equitable claimant; he may sue only in the name of the injured party. **In admiralty, however, the common practice is to have the suit conducted in the names of the real parties in interest."** 1.R.C.L. § 33. pg. 424 (1914); ". . . and when a statute of the United States so provides, an action for the use or benefit of another shall be brought in the name of the United States." F.R.Civ. P. 17. The district courts are prohibited from granting venue where the United States has less than 'one-half of its capital stock . . ." of the Respondents/Libellants Principal, THE Fund and Bank. 28 USC § 1349; The government by becoming a corporator, (See 22 U.S.C. § 286e) lays down its sovereignty and takes on that of a private citizen, 28 USC § 3002(15)(A)-(C). It can exercise no power, which is not derived from the corporate charter. See **The Bank of the United States vs. Planter's Bank of Georgia,** 6 L.Ed.

4

(9)  (Wheat) 244; U.S.  vs. Burr, 309 U.S. 242).  The **REAL PARTY IN INTEREST** is not the de jure "United States of America" or State. But "The Bank" and "The Fund" (**22 U.S.C. § 286.** et seq.) The acts committed under fraud, force and seizures are many times done under "Letters of Marque and Reprisal" i.e. "recapture." (**See 31 U.S.C. § 5323**). Such principals as "Fraud and Justice never dwell together." **Wingate's Maxiums 680,** and "A right of action cannot arise out of fraud." **Broom's Maxiums** 297, 729.

According to international law, it has long been established that, although a person who claims to be the owner of a ship is bound by the character fastened upon her flag, under which he has chosen to let her pass, captors are not affected by the flag, but are entitled to go behind it and to show the true character of the ship by reference to the substantial interest in it, the effective control over it and the real proprietorship of it. **Prize law during the World War,** James Willford Garner, MacMillian Co. (1927) § 284 pgs. 378, 379, quote Sir Samuel in the "Kankakee. Hoching and Genesee," British Prize Court 1918. See Benedict [6th Edition] § 400 pgs. 92 & 93. 254 U.S. 671 @ p. 689 Admiralty Rules of Practice — Claim-How Verified-Rule 25.

This court lacks jurisdiction over the Petitioner/Libellee who is appearing specially and not generally. Although, in most courts special appearance has been abolished and in this instant case, since the issue of the court is **admiralty,** the Petitioner/Libellee points out: "While the modern version of Federal Rule of Civil Procedure 12 (h) (1) has abolished the distinction between general and special appearances for virtually all suits brought under those rules; the **supplemental Rules for certain Admiralty and Maritime Claims has preserved two forms of restricted appearance . . .** Rule E(5)(a) . . . and Rule E(8) . . . . The Rule is fashioned in order to avoid subjecting **in rem** Petitioners/Libellees to the jurisdiction of the court with

5

reference to other claims for which 'such process is not available or **has not been served . . .**' . . . **U.S. V. Republic Marine, Inc.,** 829 F.2d 1399 @ p. 1402.

Petitioner/Libellee draws attention to 2 Benedict [6th Edition] § 275, pg. 119, 120:"But where a party discovers that . . . she has had no proper notice . . . and has thereby been deprived of property; or where there has been **fraud** of any kind . . . so that no regular remedy is left to her, she may obtain redress by filing a **libel of review.** The subsequent proceedings will be the same as in any suit and the decree of the court will be such as equity demands. There is no corresponding provision in the Civil Rules." **Emphasis added**

The Petitioner/Libellee prays the indulgence of the court in reviewing 26 USC § 7323, judicial action to enforce forfeiture. §7323 reads: Nature and Venue. — The proceedings to enforce such forfeitures **shall be in the nature of a preceding in rem** in the United States District Court for the district where such seizure is made. **Emphasis added.** This is further outlined in Supplemental Rules of Admiralty, Rule G, which governs seizure and forfeiture actions arising from a federal statute. See Petitioner's/Libellee's **Exhibit 1.** No action was brought against Petitioners/Libellees, in rem, at the District Court of the United States.

The Petitioner/Libellee again directs the attention of the court to 26 USC §7401 — AUTHORIZATION — No civil action or the collection or recovery of taxes, or of any fine, penalty, or forfeiture, **shall be commenced unless the Secretary authorizes or sanctions the proceedings and the Attorney General or his delegate directs that the action be commenced. A review of the record maintained by the Attorney General will fail to show any authorization. Emphasis added**

6

Since the statutes themselves declare seizures and forfeitures are admiralty operations, **the property is held by the law** and cannot be conveyed except by court order. **Emphasis added**

A question arises based upon the actions of the Respondents/Libellants since Property has been libeled by AGENTS FOR THE UNITED STATES OF AMERICA AND THE INTERNATIONAL MONETARY FUND, AKA SECRETARY OF THE TREASURY, FIDUCIARIES AS NOTED IN THE Verified Complaint. Evidently no court of competent jurisdiction has been notified, served or engaged in any fashion or manor. Again, see Petitioner/Libellee, **Exhibit 1.** This is a clear violation/failure of due process by the Respondents/Libellants by circumventing the 4th and 5th Amendments to the constitution for the United States of America. (taking without just compensation). Petitioner/Libellee has been vindictively singled out as the only party whose Property was seized by Respondents/Libellants under the false claims not sworn to under the penalty of law by Respondent/Libellant BARRON pursuant to 28 U.S.C. § 1746.

Through the Testimony of witnesses and evidence at hand and to be discovered, evidence of a systematic scheme or enterprise is visible which are predicated acts under R.I.C.O. statutes 18 USC § 1961 et seq. to wit: two or more parties engaged in an unlawful activity to deprive American Citizens or nationals of their property without just compensation or due process of law pursuant to 18 USC §§ 2, 3, 4 AND 241.

Under 26 USC § 6902(a) burden of proof.;. . . the burden of proof shall be upon the Secretary to show that the petitioner[/libellee] is liable as a transferee of property of a taxpayer, but not to show that the taxpayer[United States] was liable for the tax.

NOTE:  In the above statement the court will note that the term United States was inserted after tax payer. The association between the International Monetary Fund and its contractual member, the United States (for definition See 28 USC § 3002 (15) (A), (B), (C) present a fortiori which demands an examination of the contractual arrangement that in any way holds the Petitioner/Libellee as co-signor to such instrument(s). This simply precludes the cavalier use of the term tax payer and demands a narrow interpretation of same. The term tax payer for the purpose of this document, are not those associated with the common English language. Very simply put, the term tax payer does not apply to Petitioner/Libellee, in this instant action, but refers to the United States in its corporate capacity in all instances. This is further proven that the District Courts of the United States lack subject matter jurisdiction to issue declaratory judgment pursuant to 28 U.S.C § 2201 that Petitioner/Libellee is a taxpayer. See FOGEL v. UNITED STATES, 2001 WL 306496 (S.D.Cal.)

No indication of any Bond or Surety has been made by the International Monetary Fund or its agents. As a matter of fact, no action has been filed before any court of competent jurisdiction. **See Exhibit 1.** The Attorney General (A.G.) for the United States, as indicated in the documents before this court, is unaware of any civil, criminal or otherwise pending action. See **Exhibit 1.**

Under 26 USC § 6331(a) the authority of the Secretary to levy the property may be made upon the accrued salary or wages of any officer, employee, or elected official, of the United States, the District of Columbia, or any agency or instrumentality of the United States or the District of Columbia, by serving a notice of levy on the employer (as defined in section 3401(d)) of such

officer, employee, or elected official. Petitioner/Libellee provides herewith **Exhibit 2** as evidence of non-employee or public officer status and the lack of withholding authority of the Secretary.

A possibility exists that property may be concealed, converted or destroyed to preclude the intervention of this honorable court. In such instances the prohibition contained in 26 USC §7421 do not apply. It was not the intention of Congress to circumvent the safeguards contained in the 4th and 5th Amendments of the Constitution for the United States of America and therefore, enacted 5 USC § 706 FOR THE PURPOSES OF REVIEW OF ADMINISTRATIVE AGENCIES. Pursuant to the United States Attorney's Manual (USAM) § 6-5.330 INJUNCTION ACTIONS: Section 7421(a), provides, generally provides that no suit for the purpose of restraining the assessment of any tax shall be maintained by any person in any court, whether or not such person is the person against whom such tax was assessed. In light of 26 U.S.C. § 7421, injunctive relief may be had only upon satisfaction of the twofold test laid down in Enochs v. Williams Packing & Navigation Co., 370 U.S. 1 (1962).

It is interesting to note that the term **BY ANY PERSON IN ANY COURT** is used in the above cite. The law is dispositive in directing that, **"ALL PROPERTY** taken or detained **UNDER ANY REVENUE LAW** of the United States . . . shall be deemed in the custody of the law and subject only to the orders and decrees of the court of the United States having jurisdiction thereof." Emphasis added. Since no court order issuing from a court of competent jurisdiction is evident, a question is raised, who receives the property and where did the property (money) go that was in the custody of the law? See 28 U.S.C §2464. Did the governor of the International Monetary Fund or any of his agents post a Bond (28 USC §2464) in order to protect the interests of the United States

9

of America? Is it reasonable to assume that this court is barred by the Anti-injunction Act 26 USC §7241 in protecting property that is placed in its custody by the agents of the International Monetary Fund pursuant to the Revenue Laws of the corporate United States? The Petitioner/Libellee thinks not. In simple words the much over used Section 26 USC §7421, IS INAPPROPRIATE AS GENERALLY APPLIED BY THE Internal Revenue Service.

Although the above refers to Internal Revenue, all property, subject to tax is considered taxable and subject to tax by many different taxing authorities. Upon review of the unification Act of 1964 an interesting comment was made which bares light on this instant case. The following is not a direct quotation but is simply paraphrased: Most attorneys and for that matter most courts are singularly lacking expertise in Admiralty/Maritime Law. Judicial Cannon #1 is extremely important. Due diligence and a complete review of the merits of the case are necessary in the interest of justice. This Sui Juris litigant is not fully knowledgeable in the law and relies upon the discretion of the court to apply justice fairly and evenly pursuant to 28 USC §471, Federal Rules of Civil Procedure — Rule 81 and rights and safeguards paid for in the highest premium, the blood of patriots, for the people of the United States of America and their posterity.

The United States District Court is the mandated district court of the United States having de jure venue to hear a cause of action etc., pursuant to 5 Stat. 516, Chapter 188, § 5 enacted August 23, 1842 pursuant to the Act of September 24, 1789, Chapter 20: and the Constitution for the united States of America, Article III § 2; and in that the Respondents/Libellants et al., are directed by the Governor of the Fund (I.M.F.) AKA Secretary of the Treasury, **Jacob J. Lew, alien custodian for Prize and Booty and are foreign agents of their principal, The**

10

Fund and Bank, et.al., a fortiori mandates pursuant to the law of
the United States of America, Title 22 USC, Foreign Relations and
intercourse — International Organizations, Chapter 7 § 286g.
Jurisdiction and venue actions — " . . . any such action at law .
. . to which either the Fund or Bank shall be a party shall be
deemed to arise under the laws of the United States, and the
District Courts of the Unites States shall have original
jurisdiction of any such action." Emphasis added.

The United States is not a proper party to this action even
though the principal's agents come in its (United States) name on
the "Complaint under Revenue Laws" and the like, therefore, the
Petitioners/Claimants reserve their rights for disclosure of
whose" . . . use or benefit of another [the action of seizure in
the original] shall be brought [for] in the name of the United
States . . ."

NOTICE OF FOREIGN LAW

Petitioner/Libellee gives Notice of Foreign Law pursuant
to Federal Rules of Civil Procedure 44.1 and Federal Rules of
Criminal Procedure 26.1 and that this district court is under
legal duty and obligation to take cognizance of the same, and in
the matters concerning conflicts of law, the law of the forum
United States of America and the Law of Nations are to govern.

NOTICE OF CLASIFIED INFORMATION

Petitioner/Libellee gives NOTICE that she will demand
disclosure and subpoena classified information and will question
witnesses about same, pursuant to the "Classified Information
Procedures Act". Public Law 96-456, 94 Stat. 2025; will address
interrogatories to respondents and "[b]y the Law of Nations, the
courts of justice of different countries are bound mutually to
aid and assist each other for the furtherance of justice . . .",

11

therefore Petitioner/Libellee reserves her right to petition this
court to issue Letters Rogatory to foreign and domestic courts
for oral examination of parties concerning treaties, compacts,
agreements, contracts and the like involving the
Respondents/Libellants et al., as it applies to any alleged
claims as against Petitioner/Libellee's property, character,
estate, trust, and person, concerning revenue under the forum
United States of America and the law of Nations.

Petitioner/Libellee gives notice that among the classified
information that may be sought shall be a demand for "transaction
level" accounting records held within the United States Standard
General Ledger as set forth by the Office of Management and
Budget Circular A-127. Petitioner/Libellee gives notice that
other classified information may contain confidential and
proprietary trade secrets of the Fund and the Bank such as Money
Net Cash Transaction Log Reports, Financial Institution Master
Files, Federal Reserve hypothecation, custody and pledge records,
S.E.C. forms and filings and other items pertinent to the claim
of Libellee.

**PROPERTY SUBJECT TO ARREST TO BE HELD IN THE CUSTODY OF THE COURT**

The Court is presented with the following property matters
and shall take custody of said property for holding in the law:

**Real Property:**

1) The Real Property located at 69-555 Waikoloa Beach Drive #
   1904, Waikoloa, Hawaii 96738 was procured by
   Petitioner/Libellee as the successful bidder for valuable
   consideration through an admiralty forfeiture proceeding.
   Evidence of lawful title is in the form of an Association Quit

Claim Deed issued on March 28, 2012 and recorded under document number A53031190. See **Exhibit 3.**

2) The Real Property located at 77-6469 Alii Drive, No. 230, Kailua-Kona, Hawaii 96740 was procured by Petitioner/Libellee as the successful bidder for valuable consideration through an admiralty forfeiture proceeding. Evidence of lawful title is in the form of an Association Quit Claim Deed issued on April 3, 2012 and recorded under document number A44900853. See **Exhibit 4.**

3) The Real Property located at 78-7054 Kamehameha Road, #404, Kailua-Kona, Hawaii 96740 was procured by Petitioner/Libellee as the successful bidder for valuable consideration through an admiralty forfeiture proceeding. Evidence of lawful title is in the form of an Association Quit Claim Deed issued on April 16, 2012 and recorded under reception number A44961108. See **Exhibit 5.**

4) There exists no evidence of a superior title position greater than that of Petitioner/Libellee prior to the conveyance, as Respondents/Libellants have waived their claims through the previous forfeiture proceedings and did not cure the deficiency. Evidence of the lack of secured position is in the form of certified UCC 11 searches conducted as against the properties. See **Exhibit 6.**

**Personal Property:**

5) $4,079.25 in funds from Bank Account 25639390 in the name of Jennifer McTigue at USAA Federal Savings, San Antonio, TX, Asset ID Number: 14-FBI-001439; Seizure Number 3280140013. Evidence of Seizure in the Form of a Letter from the U.S.

1

Department of Justice dated February 24, 2014 is attached as **Exhibit 7.**

2

3

6) $97,674.33 in funds from Life Insurance Account 21016084 in the name of Jennifer McTigue at Massachusetts Mutual Life Insurance, Springfield, MA, Asset ID Number: 14-FBI-001441; Seizure Number 3280140014. Evidence of Seizure in the Form of a Letter from the U.S. Department of Justice dated February 24, 2014 is attached as **Exhibit 8.**

4

5

6

7

8

7) $9,686.03 in funds from Life Insurance Account 12953801 in the name of Jennifer McTigue at Northwestern Mutual Insurance Service, Milwaukee, WI, Asset ID Number: 14-FBI-001448; Seizure Number 3280140017. Evidence of Seizure in the Form of a Letter from the U.S. Department of Justice dated February 24, 2014 is attached as **Exhibit 9.**

9

10

11

12

13

8) $2,913.63 in funds from Life Insurance Account 20249890 in the name of Jennifer McTigue at Northwestern Mutual Insurance Service, Milwaukee, WI, Asset ID Number: 14-FBI-001452; Seizure Number 3280140019. Evidence of Seizure in the Form of a Letter from the U.S. Department of Justice dated February 24, 2014 is attached as **Exhibit 10.**

14

15

16

17

18

19

9) $26,437.60 in funds from Life Insurance Account 13777171 in the name of Jennifer McTigue at Northwestern Mutual Insurance Service, Milwaukee, WI, Asset ID Number: 14-FBI-001451; Seizure Number 3280140018. Evidence of Seizure in the Form of a Letter from the U.S. Department of Justice dated February 24, 2014 is attached as **Exhibit 11.**

20

21

22

23

24

25

10) $25,509.92 in funds from Life Insurance Account 001141329A in the name of Jennifer McTigue at Mutual Trust Life Insurance, Oak Brook, IL, Asset ID Number: 14-FBI-001444;

26

27

28

Seizure Number 3280140015. Evidence of Seizure in the Form of a Letter from the U.S. Department of Justice dated February 24, 2014 is attached as **Exhibit 12.**

11) $38,298.01 in funds from Life Insurance Account 001139725A in the name of Jennifer McTigue at Mutual Trust Life Insurance, Oak Brook, IL, Asset ID Number: 14-FBI-001447; Seizure Number 3280140016. Evidence of Seizure in the Form of a Letter from the U.S. Department of Justice dated February 24, 2014 is attached as **Exhibit 13.**

12) All Property Seized from 5234 Keakealani Street, Honolulu Hawaii as itemized on the Evidence Recovery Log attached hereto as **Exhibit 14.**

13) All Property Seized from Safe Deposit Box MB560 located within First Hawaiian Bank, 829 Hind Drive #129, Honolulu, Hawaii as itemized in the Safe Deposit Inventory Statement attached hereto as **Exhibit 15.**

14) The Negotiable Instrument Number 13082370, in the amount of $650,000.00, delivered to and in the custody of Libellant WELLS FARGO BANK, N.A, through its Chief Financial Officer, Timothy J. Sloan, by way of Certified Mail Post #7010 1060 0001 1308 2370 addressed to 420 Montgomery Street, San Francisco, CA  94104, which has been pledged or placed into the Fannie Mae 2013-84 Mortgage Backed Securitization trust, in Class CS under CUSIP identifier 3136AF5P5.

15) The Negotiable Instrument, in the amount of $460,000.00, delivered to and in the custody of Libellant BANK OF AMERICA, N.A., through its Chief Financial Officer, Bruce R. Thompson, by way of Certified Mail. Libellee is not in possession of a copy of the Instrument or the Certified Mail information but

such information is held in relation to the collateral file for the Real Property described in Paragraph 2 above, held by BANK OF AMERICA, N.A. and may also be obtained from Marc Melton.

16) The Property Garnished in the civil action under Hawaii District Court Case Number 13-1-2077-07, $935.85 from Pacific Rim Bank Account Number 013003031 held in the name of Blue Ocean Money Strategies, Inc., Evidence of seizure by way of garnishment approved by the State of Hawaii First Circuit Court is attached as **Exhibit 16.**

### CAUSE OF ACTION

The Respondents/Libellants and their agents et al., have injured Petitioner/Libellee by instituting false complaints without approval of the Secretary of State in US District Court Case Number CR1400010HG, State of Hawaii First Circuit Court Case Number 13-1-2077-07 and State of Hawaii First Circuit Court Case Number 13-1-3305-12.

Respondents/Libellants, in making false claims as against Petitioner/Libellee have defamed the character of Petitioner/Libellee, her person, character and estate, including the issuance of false press releases to national news and television entities exacerbating the emotional distress to Petitioner/Libellee and her family and severely prejudicing her rights to a fair trial by tainting the jury pool. See **Exhibit 17** press release issued by the United States Attorneys Office by Respondents/Libellants, Sorenson, Osborne, and Nakakuni.

The Claims made by Respondents/Libellants, UNITED STATES OF AMERICA, and NICK BARRON, et al fail to be made under penalty of perjury as required by 28 U.S.C § 1746 and lack foundation, proper investigation, and expertise in support. The indictment

16

issued, based upon the false claims, is defective and lacks the signature of the Grand Jury foreman as required by law under Federal Rules of Criminal Procedure, Rule 6(c).

Respondent/Libellant, Nick Barron, was provided with evidence of the lawful administrative process utilized by Petitioner/Libellee and the evidence of accord and satisfaction by the use of Petitioner/Libellee's instrument by Respondent/Libellant WELLS FARGO BANK, N.A. but failed to diligently investigate or provide exculpatory evidence to the Grand Jury. Respondent/Libellant has additionally verbally abused Petitioner/Libellee in front of her small children at her place of abode after being informed of Petitioner/Libellees' foreign status and Respondent/Libellant's lack of jurisdiction.

Respondents/Libellants have conspired in their actions to willfully and maliciously interfere with Petitioner/Libellees' right to private contract, her rights to peace and enjoyment of property, and have done so with malice and aforethought with intent to injure.

Respondents/Libellants et al., Claims and Complaints, Slanderous Filings, and False Claims have damaged Petitioner/Libellee— my property and my rights to property, character, estate, trust, my good name, and my ability to transfer, sale and freely use same, therefore, this has caused Petitioner/Libellee et al., to be put into a position of involuntary servitude and peonage against my will and the laws of the United States of America, the State of Hawaii and the Law of Nations by Respondent/Libellants et al.

The Petitioner/Libellee, upon receiving threatening notices and being libeled in an Administrative Court notices this and thereby, attests and affirms that upon investigation and diligent research that the facts stated herein are true and correct to the best of my knowledge and belief.

17

The Petitioner/Libellee is being falsely held as surety for debt incurred under false claims by Respondents/Libellants without written contractual authority to administer her person, character and estate as further evidence of involuntary servitude and peonage.

The Respondents/Libellants, in the original and the alternative filings of the Notices, Slanderous Filings and False Claims and the like, have never met the requirements of the de jure laws of the forum of the United States of America or the Law of Nations of the Admiralty, in any of their correspondence.

Petitioner/Libellee is without remedy to vacate, remove or replevin liens, levies, seizures, and property respectively; in that due to lack of procedural due process, i.e., a filing of libel before manse process. As mandated in the district courts of the UNITED STATES. "IN Admiralty," by Respondent/Libellants et al., (See **Exhibit 1** copy attached, certificate of search dated December 27, 2013, Clerk of the Court) therefore Petitioners'/Libellees' only redress in the premises is for the court to review this petition and make further inquiry into the acts or omissions or commission by Respondents/Libellants et al., by the Judges of this court pursuant to Title 18 USC §§ 4, 3 AND 2.

The Petitioner/Libellee affirms and declares based upon information, knowledge and belief that the above is true and correct and not meant to mislead. All and singular the premises are true and within the admiralty and maritime venue and jurisdiction of this Honorable Court.

## CONCLUSION AND PRAYER FOR RELIEF

Wherefore Petitioner/Libellee prays that this district court is mandated pursuant to supplemental Rules of Admiralty and the Law of Nations, Law and Justice supra, for an inquiry into all matters herein sworn to by the Petitioner/Libellee Jennifer Ann

18

McTigue, with a report of its findings pursuant to Libel of Review. If upon its findings and conclusions, pursuant to law, Justice and Fact, it is found that Petitioner/Libellee's claims are well founded, then in the interest of Law and Justice; that, (1) the court Notify Respondents/Libellants et al., to return all property, profits, proceeds and ill gotten gains Libeled from Petitioner/Libellee's fiduciaries and the like' (2) Remove all Liens of record as against Property (INCLUDING Credit Reporting Agencies) or (3) The Respondents/Libellants et al., refuse such notice of the court, that Petitioner/Libellee's Libel of Review, Complaint et al., be filed, Admiralty process issue, property arrest warrants issue, and that Respondents/Libellants et al., be cited to appear and answer the allegations of this libel; that said suit shall be reviewed, in the original, in the alternative, that said suits be removed and all charges dismissed along with the return of all property of Petitioner/Libellee; and that Petitioner/Libellee  Jennifer Ann McTigue may have such further relief as she may be entitled to receive.


     I Jennifer-Ann McTigue, do declare under penalty of law that the foregoing is true and correct.

     Respectfully,

     By
     Jennifer Ann McTigue

19

I, _Kacey K Purdy_____, A Notary Public, do hereby
affirm and certify that the above named woman appeared before me
in her true character, evidencing her identity by exhibiting
proper identification and executed the above NOTICE in my
presence on this the ___26th___ day of __March_____, 2014 after
being duly sworn!


_Kacey K Purdy_____          SEAL:

My Commission Expires: _07/08/2016_____

Doc. Date: _undated_  # Pages: _20_
Notary Name: _Kacey K Purdy_ First Circuit
Doc. Description: _In REM Libel of review,
involuntary servitude and peonage,
all property and
rights to property_

_Kacey K Purdy 03/26/14_
Notary Signature          Date

20