**UNITED STATES DISTRICT COURT**
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

SUE BEITIA
CLERK

TEL (808) 541-1300
FAX (808) 541-1303

December 27, 2013

Re:   MCTIGUE, Jennifer A.

I, SUE BEITIA, Clerk, United States District Court, District of Hawaii, do hereby verify that a search was done for cases filed in U.S. District Court, District of Hawaii on the following name: McTIGUE, Jennifer for the period of 1977 to present with the following finding(s):

| Case Number | Parties |
|---|---|
| MC 13-00158 | In re: Nekai Corp c/o Notary Acceptor Attn: Jennifer A. McTigue, General Manager |
| CIVIL 12-00180-JMS-KSC | The Bank of New York Mellon vs. James Quee Suk Chung; Maria Magdalena Agosto; First Horizon Home Loan Corporation; Jennifer McTigue; Gentry-Waipio Community Area Association; Association of Apartment Owners of Rainbow Series-Kuola Phase III; John and Mary Does 1-20; Doe Partnerships, Corporations or Other Entities 1-20. |

Dated at Honolulu, Hawaii on December 27, 2013

Sincerely Yours,

SUE BEITIA, CLERK

by: *[signature]*

Deputy Clerk

*For inquiries of cases filed before 1977 contact Charles Miller at the Federal Records Center in San Bruno, California Ph. (650) 238-3483. E-Mail: sanbruno.archives@nara.gov.

CLOSED

# U.S. District Court
## District of Hawaii (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:13-mc-00158-NONE-NONE
### Internal Use Only

In re: Nekai Corp  
Assigned to: UNASSIGNED  
Referred to: UNASSIGNED  

Date Filed: 08/29/2013  
Date Terminated: 08/29/2013  

### In Re

**Nekai Corp**  
*Holder of the Office of the Executor General [NekaiCorp@gmail.com]*  
*other*  
Jennifer A. McTigue  

represented by **Nekai Corp**  
c/o Notary Acceptor  
Attn: Jennifer A. McTigue, General Manager  
1050 Bishop Street, Suite 188  
Honolulu, HI 96813  
PRO SE  

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2013 | 1 | Filing/Indexing of Miscellaneous Papers: "DE NOD Neal Wolin (The Acting) Secretary of the Treasury" - Recorded Document filed in Kent County, Delaware. (afc) (Entered: 09/01/2013) |
| 08/29/2013 | 2 | Filing/Indexing of Miscellaneous Papers: "DE NOD David M. Louie ATTORNEY GENERAL of The State of Hawaii" - Recorded Document filed in Kent County, Delaware. (afc) (Entered: 09/01/2013) |
| 08/29/2013 | 3 | Filing/Indexing of Miscellaneous Papers: "DE NOD Eric H. Holder, Jr. ATTORNEY GENERAL of THE UNITED STATES" - Recorded Document filed in Kent County, Delaware. (afc) (Entered: 09/01/2013) |
| 08/29/2013 | 4 | Filing/Indexing of Miscellaneous Papers: "Apostolic Letter-Issued MOTU PROPRIO OF THE SUPREME PONTIFF FRANCIS ON THE JURISDICTION OF JUDICIAL AUTHORITIES OF VATICAN CITY STATE IN CRIMINAL MATTERS" (afc) (Entered: 09/01/2013) |
| 08/29/2013 | 5 | Filing/Indexing of Miscellaneous Papers: "Notary Oaths of Office & State of Delaware, Secretary of State Certification" (afc) (Entered: 09/01/2013) |
| 08/29/2013 | 6 | Filing/Indexing of Miscellaneous Papers: "UCC-1 Commercial Lien State of Maryland UCC-1 Financing Statement" (afc) (Entered: 09/01/2013) |

| 08/29/2013 | 7 | Filing fee: Filing or Indexing of Miscellaneous Papers - $ 46.00, receipt number HI009094. [Receipt reflects total payment of $92.00 - $46.00 filing fee for the instant case and $46.00 filing fee for Misc. case 13-00159 (case number 13-159 is not reflected on receipt) (afc) (Entered: 09/01/2013) |

CLOSED

# U.S. District Court
## District of Hawaii (Hawaii)
### CIVIL DOCKET FOR CASE #: 1:12-cv-00180-JMS-KSC

| | |
|---|---|
| The Bank Of New York Mellon v. Chung et al | Date Filed: 04/04/2012 |
| Assigned to: JUDGE J. MICHAEL SEABRIGHT | Date Terminated: 04/10/2013 |
| Referred to: JUDGE KEVIN S.C. CHANG | Jury Demand: None |
| Cause: 28:1444 Petition for Removal- Foreclosure | Nature of Suit: 220 Real Property: Foreclosure |
| | Jurisdiction: Diversity |

**Plaintiff**

**The Bank Of New York Mellon**
*formerly known as*
The Bank of New York, as Trustee for the holders of the certificates, First Horizon Mortgage Pass-Through Certificates Series FHAMS 2005-FA11, by First Horizon Home Loans, a Division of First Tennesse

represented by **Anya M. Perez**
Leu Okuda & Leu
The Merchant House
222 Merchant St
Honolulu, HI 96813
538-1921
Email: Anya@leu-okuda.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gary Y. Okuda**
Leu & Okuda
The Merchant House
222 Merchant St
Honolulu, HI 96813
538-1921
Email: gary@leu-okuda.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Karyn A. Doi**
Leu Okuda & Leu
The Merchant House
222 Merchant St
Honolulu, HI 96813
538-1921
Email: karyn@leu-okuda.com
*ATTORNEY TO BE NOTICED*

**Lester K.M. Leu**

|  |  |
|---|---|
|  | Leu Okuda & Leu<br>The Merchant House<br>222 Merchant St<br>Honolulu, HI 96813<br>538-1921<br>Email: lester@leu-okuda.com<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

**James Quee Suk Chung**

**Defendant**

**Maria Magdalena Agosto**

**Defendant**

**First Horizon Home Loan Corporation**
*a Kansas corporation*

**Defendant**

**Jennifer McTigue**      represented by   **Jennifer McTigue**
820 W. Hind Dr., Ste 128 #240639
Honolulu, HI 96821
(808) 636-4199
PRO SE

**Damon M. Senaha**
Law Office of Damon M. Senaha LLLC
1188 Bishop Street, Ste 2002
Honolulu, HI 96813
218-1974
Email: senahalaw@aol.com
*TERMINATED: 12/27/2012*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Gentry-Waipio Community Area Association**

**Defendant**

**Association of Apartment Owners of Rainbow Series-Kuola Phase III**

CM/ECF V5.1.1 **LIVE** Case 1:14-cv-00152-DKW-KSC Document 1-1 Filed 03/27/14 Page 6 of 9 PageID #: 26
https://ecf.hid.circ9.dcn/cgi-bin/DktRpt.pl?654482940926...-L_1_0-1

**Defendant**

John and Mary Does 1-20

**Defendant**

Doe Partnerships, Corporations or Other Entities 1-20

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2012 | 1 | NOTICE OF REMOVAL by Jennifer McTigue from First Circuit Court, State of Hawaii, case number 12-1-0488-02., filed by Jennifer McTigue. (Attachments: # 1 Exhibit A, # 2 Certificate of Service, # 3 Civil Cover Sheet)(gls, ) (Entered: 04/05/2012) |
| 04/04/2012 | 2 | Order Setting Rule 16 Scheduling Conference for 09:00AM on 5/7/2012 before JUDGE KEVIN S.C. CHANG.. Signed by JUDGE SUSAN OKI MOLLWAY on 4/4/12. (Attachments: # 1 Corporate Disclosure Memo)(gls, ) (Entered: 04/05/2012) |
| 04/04/2012 | 3 | Filing fee: $ 350.00,receipt number HI003284 re 1 Notice of Removal (gls, ) (Entered: 04/05/2012) |
| 04/16/2012 | 4 | Scheduling Conference Statement. (Doi, Karyn) (Entered: 04/16/2012) |
| 04/16/2012 | 5 | CERTIFICATE OF SERVICE by The Bank Of New York Mellon re 4 Scheduling Conference Statement (Doi, Karyn) (Entered: 04/16/2012) |
| 04/16/2012 | 6 | TRANSMITTAL of the record from the First Circuit Court, State of Hawaii (Attachments: # 1 Part 2, # 2 Part 3) (gls, ) (Additional attachment(s) added on 8/2/2012: # 3 (SEALED) Documents Submitted Under Seal Re: financial account numbers ) (emt, ). (Entered: 04/18/2012) |
| 04/30/2012 | 7 | Jennifer McTigue's Scheduling Conference Statement. (gls, ) (Entered: 05/01/2012) |
| 05/07/2012 | 8 | EP: Rule 16 Scheduling Conference held on 5/7/2012. Rule 16 Scheduling Conference Order to be issued. Bench Trial set for 5/7/2013 09:00 AM before JUDGE J. MICHAEL SEABRIGHT. Final Pretrial Conference set for 3/27/2013 09:00 AM before JUDGE KEVIN S.C. CHANG. Settlement Conference set for 1/28/2013 11:00 AM before JUDGE KEVIN S.C. CHANG. Motions due by 12/5/2012. Discovery due by 3/8/2013. (C5 - no record, 9:07-9:12am.) (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 05/07/2012) |
| 05/07/2012 | 9 | Rule 16 SCHEDULING ORDER:. Signed by JUDGE KEVIN S.C. CHANG on 5/7/12. (gab, ) <br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on 5/8/2012. (Entered: 05/07/2012) |

| | | |
|---|---|---|
| 08/16/2012 | 10 | AFFIDAVIT of Service *Declaration of Mailing Re: Service of Defendant First Horizon Home Loan Corporation, a Kansas Corporation*, filed by The Bank Of New York Mellon., SUMMONS Returned Executed by The Bank Of New York Mellon. First Horizon Home Loan Corporation served on 4/5/2012, answer due 4/26/2012. (Attachments: # 1 Exhibit Exhibit "1")(Okuda, Gary) (Entered: 08/16/2012) |
| 08/16/2012 | 11 | AFFIDAVIT of Service *Affidavit of Service - Individual (Re: James Quee Suk Chung)*, filed by The Bank Of New York Mellon., SUMMONS Returned Executed by The Bank Of New York Mellon. James Quee Suk Chung served on 4/11/2012, answer due 5/2/2012. (Okuda, Gary) (Entered: 08/16/2012) |
| 08/16/2012 | 12 | SERVICE by Publication filed by The Bank Of New York Mellon., SUMMONS Returned Executed by The Bank Of New York Mellon. Maria Magdalena Agosto served on 4/11/2012, answer due 5/2/2012. (Okuda, Gary) (Entered: 08/16/2012) |
| 11/05/2012 | 13 | MOTION to Withdraw as Attorney Damon M. Senaha appearing for Defendant Jennifer McTigue (Attachments: # 1 Declaration of Damon M. Senaha, # 2 Certificate of Service)(Senaha, Damon) (Entered: 11/05/2012) |
| 11/06/2012 | 14 | NOTICE of Hearing on Motion 13 : Motion of Damon M. Senaha to Withdraw as Attorney for Defendant Jennifer McTigue set for 12/24/2012 09:30 AM before JUDGE KEVIN S.C. CHANG. (sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry. (Entered: 11/06/2012) |
| 11/07/2012 | 15 | EO: At Defendant's request, 13 Motion of Damon M. Senaha to Withdraw as Attorney for Defendant Jennifer McTigue set 12/24/12 shall be continued to 12/27/2012 09:30 AM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/07/2012) |
| 11/20/2012 | 16 | MOTION to Withdraw as Attorney and to Postpone Dispositive Due date by Defendant Jennifer McTigue (gls, ) (Entered: 11/21/2012) |
| 11/21/2012 | 17 | EO: re 16 On 11/20/12, Defendant Jennifer McTigue filed an Ex Parte Motion to Effect the Immediate Withdrawal of Damon M. Senaha as My Attorney and to Postpone the December 5 Due Date of Dispositive Motions. The Ex Parte Motion is DENIED. Defendant may not file any motions on her own behalf because she is still represented by counsel. Local Rule 83.6(a) ("Whenever a party has appeared by an attorney, the party may not thereafter appear or act in his or her own behalf in the action, or take any step therein, unless an order of substitution shall first have been made by the court, after notice to the attorney |

| | | |
|---|---|---|
| | | of such party, and to all parties."). There is presently a motion to withdraw as counsel, filed by Defendant's attorney, Damon Senaha. Said motion is set for hearing on 12/27/12. Until the Court makes a ruling on that motion and authorizes Mr. Senaha's withdrawal, Defendant may not act on her own behalf in this action. Local Rule 83.6(b) ("No attorney will be permitted to be substituted as attorney of record in any pending action without leave of court. An attorney who has appeared in a case may seek to withdraw on motion showing good cause. Withdrawal shall be effective only on court order."). (JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 11/21/2012) |
| 12/03/2012 | 18 | NOTICE by Jennifer McTigue. (gls, ) (Entered: 12/04/2012) |
| 12/27/2012 | 19 | EP: granting 13 Motion of Damon M. Senaha to Withdraw as Attorney for Defendant Jennifer McTigue held on 12/27/2012. Defendant Jennifer McTigue present. There being no opposition, Motion granted. Mr. Senaha to include the last known address/phone number for Ms. McTigue in the Order. ( FTR C5 - 9:32-9:37am.) (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 12/27/2012) |
| 01/24/2013 | 20 | Application for Leave to File Documents by Defendant Jennifer McTigue (gls, ) (Entered: 01/25/2013) |
| 01/24/2013 | 21 | MEMORANDUM in Support re 20 Application for Leave to File filed by Jennifer McTigue. (gls, ) (Entered: 01/25/2013) |
| 01/24/2013 | 22 | CERTIFICATE OF SERVICE by Jennifer McTigue (gls, ) (Entered: 01/25/2013) |
| 01/25/2013 | 23 | EO: re 20 On 1/24/13, Defendant Jennifer McTigue filed a document entitled "Application for Leave to File Documents Ammend [sic] Filing for Counterclaim and Joinder of Parties." Though not entirely clear, it appears that Defendant seeks to file a counterclaim and add parties. However, Defendant has failed to attached a proposed pleading for the Court's review. Local Rule 10.3 requires that "[a]ny party filing or moving to file and amended complaint, counterclaim, third-party complaint, or answer or reply thereto shall reproduce the entire pleading as amended and may not incorporate any part of a prior pleading by reference, except with leave of court." Local Rule 10.3. Accordingly the Application is DENIED. If Defendants wishes to add parties, she must comply with Local Rule 10.3. Insofar as the deadline to join additional parties/amend the pleadings expired on 10/5/12, Defendant must additionally establish good cause pursuant to Rule 16(b) of the Federal Rules of Civil Procedure to extend said deadline.(JUDGE KEVIN S.C. CHANG)(sna, )<br><br>CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 01/25/2013) |

| 01/28/2013 | 24 | EP: Settlement Conference held on 1/28/2013. Pro Se Defendant Jennifer McTigue present. Mr. Okuda to prepare a Stipulation remanding this case back to State Court.( C5 - no record, 11:00-11:15am.) (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 01/28/2013) |
|---|---|---|
| 03/11/2013 | 25 | ORDER Granting Motion To Withdraw As Counsel. Signed by JUDGE KEVIN S.C. CHANG on 3/11/13. (gls, ) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/11/2013) |
| 03/22/2013 | 26 | EO: Final Pretrial Conference set 3/27/13 shall be continued to 4/10/2013 09:00 AM before JUDGE KEVIN S.C. CHANG. (JUDGE KEVIN S.C. CHANG)(sna, ) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 03/22/2013) |
| 04/10/2013 | 27 | EP: Final Pretrial Conference not held on 4/10/2013. Pro Se Defendant Jennifer McTigue present. Mr. Okuda informed the Court that the Stipulation to Remand was lodged yesterday with the Court. Parties signed another copy of the Stipulation in Court which will be forwarded to Judge Seabright. ( C5 - no record, 9:00-9:02am.) (JUDGE KEVIN S.C. CHANG)(sna, )No COS issued for this docket entry (Entered: 04/10/2013) |
| 04/10/2013 | 28 | STIPULATION TO REMAND CASE TO FIRST CIRCUIT COURT, STATE OF HAWAII; ORDER. Signed by JUDGE J. MICHAEL SEABRIGHT on 4/10/13. (gls, ) |
| | | CERTIFICATE OF SERVICE<br>Participants registered to receive electronic notifications received this document electronically at the e-mail address listed on the Notice of Electronic Filing (NEF). Participants not registered to receive electronic notifications were served by first class mail on the date of this docket entry (Entered: 04/11/2013) |
| 04/11/2013 | 29 | TRANSMITTAL of Stipulation To Remand and Docket to the First Circuit Court, State of Hawaii.(gls, ) (Entered: 04/11/2013) |